# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| MARKESHA PERKINS | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Case No. 13 C 3502 |
| CENTRAL CREDIT SERVICES | ) | Hon. Charles P. Kocoras |
| Defendant(s). | ) | |

## ORDER

Pursuant to Plaintiff's Notice of Settlement (Doc [19]), this cause is hereby dismissed without prejudice and with leave to reinstate on or before 10/31/2013 if settlement is not effectuated. Said dismissal will then become with prejudice unless the complaint has been reinstated or the time to reinstate has been extended by the Court. Status hearing set for 8/22/2013 is stricken as moot.

Date: August 21, 2013

CHARLES P. KOCORAS
United States District Judge